AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

U.S.A.

v. Little Rhody Beagle Club, Inc

APPEARANCE

CASE NUMBER: CR-06- 138T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Little Rhody Beagle Club, Inc

I certify that I am admitted to practice in this court.

11/21/06
*Date*

[signature]
*Signature*

Richard K. Corley 2965
*Print Name* *Bar Number*

127 Dorrance St 2d Floor
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401 861-2100 861-2139
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.